IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 2:14-cv-3089 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| | ) | |
| $13,960 in United States Currency, $1,150 | ) | |
| in United States Currency, and $1,426.26 | ) | |
| In United States Currency, | ) | |
| | ) | |
| Defendants *in rem*, | ) | |
| | ) | |

This matter is before the court upon the motion to strike claims of Ismaeel Yahya Almontaser and Bilal Abdulla Mohamed pursuant to Supplemental Rule G(8)(c)(i)(A). This motion was filed on December 16, 2014.

It appears from the record that there has been nothing filed in opposition to this motion, nor has there been any request for extension of time to file a response.

**IT IS THEREFORE ORDERED,** that the motion to strike claims of Ismaeel Yahya Almontaser and Bilal Abdulla Mohamed is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

February 4, 2015
Charleston, South Carolina